```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF TENNESSEE
                 NASHVILLE DIVISION
```

**DARRYEL HARRIS,**              )
                                 )
       **Plaintiff,**         )
                                 )
    **v.**                       )   **Case No. 3:06-0121**
                                 )   **Judge Echols**
**FISERV SOLUTIONS, INC.,**      )
**FISERV, INC., PERSONIX-**      )
**NASHVILLE and PATTERSON**      )
**PRESS,**                       )
                                 )
       **Defendants.**         )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion to Dismiss Or, In the Alternative, Stay the Proceedings and Compel Arbitration (Docket Entry No. 4) is hereby GRANTED IN PART and DENIED IN PART, as follows:

    (a) The portion of the Motion seeking to dismiss the action is hereby DENIED;

    (b) The portion of the motion seeking to stay the action pending arbitration is hereby GRANTED;

(2) The parties are hereby ORDERED to arbitrate the Plaintiff's claim as set forth in his Complaint;

(3) The Defendants shall notify the Court within fifteen (15) days of the date of final conclusion of the arbitration proceedings that the arbitration has concluded; and

(4)  This case is hereby ADMINISTRATIVELY CLOSED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE